

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00256-CV

**IN THE INTEREST OF D.M.P., ET AL., CHILDREN**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00757
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the State's brief was due on July 5, 2016. On July 12, 2016, the State filed a first motion for extension of time to file its brief until July 25, 2016. *See* TEX. R. APP. P. 38.6(b), (d).

The State's motion is GRANTED. The State's brief is due on July 25, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court

